| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X The Corporation Company ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>The Corporation Company  8/21/07<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Smith + Sons, Incorporated<br>c/o The Corporation Company<br>2000 Interstate Pk Dr., Ste. 204<br>Montgomery, AL 36109<br><br>07cv724 S+C | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7007 0220 0003 5330 9328 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540