

**CT**
a Wolters Kluwer business

CT
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

334 387 7680 tel
334 387 7682 fax
www.ctlegalsolutions.com

RECEIVED

2007 AUG 30 A 9:30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

COPY

August 22, 2007

Laura M. Irby
Law Office of Dwayne L. Brown, P.C.
Post Office Box 230205,
Montgomery, AL 36126-0205

Re: Candy Rowland, Pltf. vs. Smith & Sons, Incorporated, etc., Dft.

Case No. 3:07 CV 724

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Company as the purported agent for service of process for Smith & Sons, Incorporated

Smith & Sons, Incorporated is inactive on the records of the State AL. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain a record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Shannon Robertson

Log# 512519867

Certified Mail # 7007 0710 0005 4781 2885

cc: US District Court Middle District Eastern Division
    701 Avenue A,
    Opelika, AL  36801

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

CANDY ROWLAND

V.

SMITH & SONS INCORPORATED

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07-CV-724-MHT

TO: (Name and address of Defendant)

Smith & Sons, Incorporated
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Laura M. Irby, esq.
Law Office of Dwayne L. Brown, PC
Post Office Box 230205
Montgomery, AL 36123-0205

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                               8/15/07

CLERK                                                                     DATE
*William C. L----*

(By) DEPUTY CLERK









Smith & Sons, Incorporated  
c/o The Corporation Company  
2000 Interstate Park Drive  
Suite 204  
Montgomery, AL  36109