UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
ALABAMA EASTERN DIVISION

CANDY ROWLAND,

    Plaintiff,                           Case No.: 3:07cv724

vs.

SMITH & SONS FOODS,
INCORPORATED, a foreign
corporation conducting business
in the State of Alabama,

Defendant.

## NOTICE OF APPEARANCE

    **COMES NOW** the undersigned attorney and enters his appearance as counsel of record for the above-named plaintiff. Counsel respectfully requests that all future correspondence be directed to him at the address listed below.

                                                                Respectfully Submitted,

                                                                /s/ Dwayne L. Brown
                                                                 Dwayne L. Brown (BR01.49)
                                                                 Attorney for the Plaintiff

Of Counsel:
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: dbrownAdbrownatty.com

## Certificate of Service

    I hereby certify that on **September 17, 2007,** I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Jeremy Tucker, esq.**

                                                                /s/ Dwayne L. Brown
                                                                 Of Counsel