UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
ALABAMA EASTERN DIVISION

**CANDY ROWLAND,**

    **Plaintiff,**                             **Case No.: 3:07cv724**

**vs.**

**SMITH & SONS FOODS,
INCORPORATED, a foreign
corporation conducting business
in the State of Alabama,**

**Defendant.**

### MOTION TO WITHDRAW

    COMES NOW the undersigned attorney and respectfully files this Motion to Withdraw in the above captioned case and in support thereof states:

1. That the undersigned attorney has accepted employment with the State of Alabama and cannot continue in the private practice of law.

                                                   Respectfully Submitted,

                                                   /s/ Laura M. Irby
                                                   Laura M. Irby (IR11010)
                                                   Attorney for the Plaintiff

**Of Counsel:**
Law Office of Dwayne L. Brown, PC
Post Office Box 230205
Montgomery, AL 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail:  lirby@dbrownatty.com

### CERTIFICATE OF SERVICE

    I hereby certify that on **September 17, 2007,** I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Jeremy Tucker, esq.**

                                                   /s/Laurar M. Irby
                                                   Of Counsel