```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


CANDY ROWLAND,                )
                              )
    Plaintiff,                )
                              )        CIVIL ACTION NO.
    v.                        )         3:07cv724-MHT
                              )
SMITH & SONS FOODS,           )
INCORPORATED, a foreign       )
corporation, etc.,            )
                              )
    Defendant.                )
```

### ORDER

It is ORDERED that the motion to withdraw (Doc. No. 11) is granted.

DONE, this the 18th day of September, 2007.

```
              /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE
```