IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANDY ROWLAND, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07-CV-724-MHT |
| ) | |
| SMITH & SONS FOODS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT SMITH & SONS FOODS, INC.**

In accordance with Federal Rule of Civil Procedure 7.1 and the Court's Civil Miscellaneous Order Number 00-3047, Defendant Smith & Sons Foods, Inc. advises the Court that there are no parent companies, subsidiaries, affiliates, partnerships, joint ventures, or other entities to report under Rule 7.1 or the Court's Order.

Respectfully submitted this 27th day of September, 2007.

s/ Jeremy D. Tucker
Jeremy D. Tucker (TUC037)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: 404-881-7000
Fax: 404-881-7777
jeremy.tucker@alston.com

William J. Baxley (BAX001)
Donald R. James, Jr. (JAM016)
BAXLEY, DILLARD, DAUPHIN, McKNIGHT & BARCLIFT
2008 Third Avenue South
Birmingham, Alabama 35233
Phone: (205) 271-1100
Fax: (205) 271-1108

Attorneys for Defendant Smith & Sons Foods, Inc.

LEGAL02/30538407v1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANDY ROWLAND, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07-CV-724-MHT |
| ) | |
| SMITH & SONS FOODS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2007, I electronically filed the foregoing

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SMITH & SONS**

**FOODS, INC.** with the Clerk of Court using the CM/ECF system, which will automatically send

e-mail notification of such filing to the following attorney of record:

Dwayne L. Brown
Law Office of Dwayne L. Brown, P.C.
P.O. Box 230205
Montgomery, AL 36123-0205
dbrown@dbrownatty.com

Counsel for Plaintiff

I further certify that I have mailed by United States Postal Service the document to the

following non-CM/ECF participants: none.

s/ Jeremy D. Tucker
Jeremy D. Tucker

LEGAL02/30538407v1