IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__EASTERN__ DIVISION

CANDY ROWLAND

Plaintiff,

v.

SMITH & SONS FOODS, INC.

Defendants,

CASE NO. 3:07CV724

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __CANDY ROWLAND__, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

10/2/2007
Date

/s/Dwayne L. Brown
(Signature)

Dwayne L. Brown, esq.
(Counsel's Name)

Candy Rowland
Counsel for (print names of all parties)

Post Office Box 230205
Montgomery. AL 36123-0205
Address, City, State Zip Code

(334) 277-3757
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**CERTIFICATE OF SERVICE**

I Dwayne L. Brown, esq., do hereby Certify that a true and correct copy of the foregoing has been furnished by Electronic Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 2nd day of October 2007, to:

Jeremy Tuck, esq.

10/2/2007
Date

/s/Dwayne L. Brown
Signature