IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANDY ROWLAND, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07-CV-724-MHT |
| ) | |
| SMITH & SONS FOODS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO APPEAR AS COUNSEL PRO HAC VICE

Pursuant to LR 83.1(b), M.D. Ala., Forrest W. Hunter respectfully moves for entry of an order permitting his appearance *pro hac vice* as counsel for Defendant Smith & Sons Foods, Inc. ("UPS") in this action. Mr. Hunter will be acting as Lead Counsel for Defendant in this matter.

In support of this motion, movant states the following:

1. Forrest W. Hunter submits that he is a resident of Georgia and is a member in good standing of the State Bar of Georgia. Mr. Hunter is admitted to practice before the following courts: Supreme Court of Georgia; United States District Court for the Northern District of Georgia; United States District Court for the Middle District of Georgia; United States District Court for the Southern District of Georgia; United States District Court for the Western District of Michigan; United States District Court for the Eastern District of Texas; United States District Court for the Northern District of Indiana; United States Court of Appeals for the Fifth Circuit; United States Court of Appeals for the Sixth Circuit; United States Court of Appeals for the Seventh Circuit and the United States Court of Appeals for the Eleventh Circuit.

LEGAL02/30558294v1

2. Mr. Hunter's Certificate of Good Standing from the United States District Court for the Northern District of Georgia is attached as Exhibit A to this motion, and a check payable to the Clerk of the Court is enclosed for his appearance fee.

3. The undersigned counsel have designated William J. Baxley and Donald R. James of the law firm of Baxley, Dillard, Dauphin, McKnight, & Barclift of Birmingham, Alabama, as local counsel. Mr. Baxley and Mr. James have entered their appearances in this case on behalf of Defendant.

4. Movant states that he is familiar with, has read, and will be governed in this special appearance by the Local Rules of this Court.

WHEREFORE, Forrest W. Hunter respectfully requests that the Court enter an order permitting his appearance *pro hac vice* for the purpose of representing Defendant Smith & Sons Foods, Inc. in this case.

Respectfully submitted, this 17th day of October 2007.

                                              Forrest W. Hunter
                                              Georgia Bar No. 378850

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel. No. (404) 881-7000
Fax No. (404) 881-7777

William J. Baxley (BAX 001)
Donald R. James, Jr. (JAM016)

BAXLEY, DILLARD, DAUPHIN,
McKNIGHT & BARCLIFT
2008 3rd Avenue South

- 2 -

Birmingham, Alabama 35233
Tel. No.: 205-939-0995
Fax No.: 205-271-1108

Attorneys for Defendant Smith & Sons Foods, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANDY ROWLAND, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07-CV-724-MHT |
| ) | |
| SMITH & SONS FOODS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 17th, 2007, I electronically filed the foregoing **MOTION TO APPEAR AS COUNSEL PRO HAC VICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

Dwayne L. Brown
Law Office of Dwayne L. Brown, P.C.
P.O. Box 230205
Montgomery, AL 36123-0205
dbrown@dbrownatty.com

Counsel for Plaintiff

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

Donald R. James, Jr.

- 4 -

LEGAL02/30558294v1



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**   }
                               } ss.
**NORTHERN DISTRICT OF GEORGIA** }

      I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY** that **FORREST W. HUNTER, 378850,** was duly admitted to practice in said Court on October 23, 1978 and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 10th day of October, 2007.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

                                      By: *[signature]*
                                            Phyllis Brannon
                                            Deputy Clerk

