```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000772
Cashier ID: cstrecke
Transaction Date: 10/18/2007
Payer Name: BAXLEY DILLARD DAUPHIN
--------------------------------
PRO HOC VICE
 For: FORREST W HUNTER
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $20.00
--------------------------------
CHECK
 Remitter: BAXLEY DILLARD DAUPHIN
 Check/Money Order Num: 26461
 Amt Tendered: $20.00
--------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:      $0.00
```

DALM307CV000724-MHT

MOT/PHV FORREST W HUNTER

BAXLEY DILLARD DAUPHIN AND MCKNIGHT

2008 3RD AVE SOUTH

BIRMINGHAM, AL  35233