IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CANDY ROWLAND,          ) | |
| )                                         | |
|    Plaintiff,          ) | |
| )                                         | CIVIL ACTION NO. |
|    v.                    ) | 3:07cv724-MHT |
| )                                         | |
| SMITH & SONS FOODS,  ) | |
| INCORPORATED, a foreign ) | |
| corporation, etc.,      ) | |
| )                                         | |
|    Defendant.       ) | |

ORDER

It is ORDERED that the motion to appear pro hac vice (Doc. No. 18) is granted.

DONE, this the 18th day of September, 2007.

                                /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**