IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANDY ROWLAND, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07-CV-724-MHT |
| ) | |
| SMITH & SONS FOODS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**REPORT OF PARTIES' PLANNING MEETING**

Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held between counsel for the Parties on October 16, 2007 via telephone. The Parties now submit the following report of that meeting to the Court for consideration.

1. **The meeting was attended by:**

   a. Dwayne L. Brown, counsel for Plaintiff Candy Rowland.

   b. Jeremy D. Tucker, counsel for Defendant Smith & Sons Foods, Inc.

2. **Pre-discovery disclosures**. The Parties will exchange by November 2, 2007 the information required by Federal Rule of Civil Procedure 26(a)(1).

3. **Discovery Plan**: The Parties jointly propose to the Court the following discovery plan:

   a. Discovery will be needed on the following subjects: Plaintiff's claims that Defendant violated her rights under the Family and Medical Leave Act ("FMLA") and negligently supervised its employee regarding compliance with the FMLA, Plaintiff's alleged damages, and Defendant's defenses to Plaintiff's claims;

   b. Disclosure or discovery of electronically stored information should be handled by

the Parties first taking steps to secure/maintain any electronically stored data and then producing such data as may be warranted through the course of discovery;

  c. The parties have agreed to an order regarding claims of privilege or of protection as trial-preparation material asserted after production, as follows:  The parties defer to the Court's guidance concerning such an order should the need arise over the course of this litigation;

  d. All discovery shall be commenced in time to be completed by March 31, 2008;

  e. Interrogatories, requests for production, and requests for admission, as well as responses thereto, shall be governed by the applicable Federal Rules of Civil Procedure;

  f. Maximum of 5 depositions by Plaintiffs and 5 depositions by Defendants, unless otherwise agreed to by the parties;

  g. Each deposition, including Parties and non-parties, is limited to a maximum of 7 hours, unless otherwise agreed to by the parties;

  h. Reports from retained experts under Rule 26(a)(2) due:

    i. from Plaintiff by January 15, 2008; and

    ii. from Defendant by February 15, 2008

  i. Supplementation of discovery responses under Rule 26(e) due within a reasonable time.

**4.** **Other Items**:

  a. The parties do not request a conference with the Court before entry of the Scheduling Order.

  b. The Parties request a pretrial conference in August 2008.

  c. Plaintiff should be allowed until December 15, 2007 to join additional parties and to amend the pleadings.

  d. Defendant should be allowed until January 15, 2008 to join additional parties and

to amend the pleadings.

    e.    All potentially dispositive motions should be filed by April 30, 2008;

    f.    Settlement cannot be realistically evaluated prior to commencement of discovery;

    g.    Final list of witnesses and exhibits under Rule 26(a)(3) should be due:

    i. from Plaintiff: 30 days before trial; and

    ii. from Defendant: 30 days before trial.

    h.    Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3); and

    i.    The case should be ready for trial by the Court's September 8, 2008 civil term, and is expected to take approximately 2-3 days.

The Parties have agreed that this document shall be filed as a joint document but shall contain only the electronic signature of Jeremy D. Tucker.

Respectfully submitted this the 19th day of October 2007.

                                s/ Jeremy D. Tucker
                                Forrest W. Hunter (admitted *pro hac vice*)
                                Georgia Bar No. 378850
                                Jeremy D. Tucker (TUC037)
                                ALSTON & BIRD LLP
                                1201 West Peachtree Street
                                Atlanta, Georgia 30309-3424
                                Tel: 404-881-7000
                                Fax: 404-881-7777
                                jeremy.tucker@alston.com

                                William J. Baxley (BAX001)
                                Donald R. James, Jr. (JAM016)
                                BAXLEY, DILLARD, DAUPHIN
                                McKNIGHT, & BARCLIFT
                                2008 3rd Avenue South
                                Birmingham, Alabama 35233
                                Tel. No.: (205) 939-0995
                                Fax No.: (205) 271-1108

                                Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANDY ROWLAND,  ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07-CV-724-MHT |
| ) | |
| SMITH & SONS FOODS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007, I electronically filed the foregoing **REPORT OF PARTIES' PLANNING MEETING** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

Dwayne L. Brown
Law Office of Dwayne L. Brown, P.C.
P.O. Box 230205
Montgomery, AL 36123-0205
dbrown@dbrownatty.com

Counsel for Plaintiff

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

s/ Jeremy D. Tucker
Jeremy D. Tucker