IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CANDY ROWLAND, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v.            ) | 3:07cv724-MHT |
| ) | |
| SMITH & SONS FOODS, ) | |
| INCORPORATED, a foreign ) | |
| corporation, etc., ) | |
| ) | |
|    Defendant. ) | |

**ORDER**

It is ORDERED that the motion for summary judgment (Doc. No. 24) is set for submission, without oral argument, on November 19, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 2nd day of November, 2007.

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**