IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANDY ROWLAND, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07-CV-724-MHT |
| ) | |
| SMITH & SONS FOODS, INC., ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

**DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Court's November 27, 2007 Order, Defendant Smith & Sons Foods, Inc. ("S&S") renews its Motion for Summary Judgment filed on November 1, 2007 as to all of Plaintiff's claims asserted against S&S in this action. S&S relies on its previously filed Memorandum of Law in Support of its Motion for Summary Judgment and all evidence on file with the Court, namely the declarations of Grant Bennett and Angela Freeman, in support of its renewed Motion.

As demonstrated in S&S's Memorandum of Law, S&S is entitled to summary judgment because it is undisputed that Plaintiff was not an "eligible employee" under the Family and Medical Leave Act (the "FMLA") and, thus, her claims asserted in this action fail as a matter of law. S&S is not aware of any evidence uncovered in the two months the Court afforded Plaintiff for discovery on this threshold issue that establishes (or even suggests) that Plaintiff was an eligible employee under the FMLA. Thus, S&S respectfully requests that the Court grant its renewed Motion and enter summary judgment for S&S on all of Plaintiff's claims.

- 2 -

Respectfully submitted this 1st day of February 2008.

                                                  s/ Jeremy D. Tucker
Forrest W. Hunter (admitted *pro hac vice*)
Georgia Bar No. 378850
Jeremy D. Tucker (TUC037)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: 404-881-7000
Fax: 404-881-7777
jeremy.tucker@alston.com

William J. Baxley (BAX001)
Donald R. James, Jr. (JAM016)
BAXLEY, DILLARD, DAUPHIN
McKNIGHT, & BARCLIFT
2008 3rd Avenue South
Birmingham, Alabama 35233
Tel. No.: (205) 939-0995
Fax No.: (205) 271-1108

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANDY ROWLAND, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07-CV-724-MHT |
| ) | |
| SMITH & SONS FOODS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2008, I electronically filed the foregoing **DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

Dwayne L. Brown
Law Office of Dwayne L. Brown, P.C.
P.O. Box 230205
Montgomery, AL 36123-0205
dbrown@dbrownatty.com

Counsel for Plaintiff

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

                                        s/ Jeremy D. Tucker
                                        Jeremy D. Tucker