IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CANDY ROWLAND, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>SMITH & SONS FOODS, )<br>INCORPORATED, a foreign )<br>corporation, etc., )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>3:07cv724-MHT |

### ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 28) is set for submission, without oral argument, on February 22, 2008, with any opposing briefs and evidentiary materials due by said date.

DONE, this the 4th day of February, 2008.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE