UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
ALABAMA NORTHERN DIVISION

**CANDY ROWLAND,**

    **Plaintiff,**                                                            Case No.: 3:07cv724

vs.

**SMITH & SONS,
INCORPORATED, a foreign
corporation conducting business
in the State of Alabama,**

**Defendant.**

### PLAINTIFF'S SECOND MOTION TO CONTINUE CONSIDERATION OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Plaintiff, Candy Rowland, by and through her undersigned counsel, and pursuant to Federal Rule of Civil Procedure 56(f), and files her motion to continue consideration of Defendant's motion for summary judgment, and in support thereof states:

1. That on October 23, 2007, this Honorable Court entered its scheduling order.

2. That pursuant to said scheduling order, the deadline to file dispositive motions is July 4, 2008.

3. That on November 1, 2007, Defendant filed a motion for summary judgment.

4. That on November 19, 2007, Plaintiff filed a motion to continue consideration of Defendant's motion.

5. That this Court entered an order allowing Plaintiff until February 22, 2008 to respond to Defendant's motion for summary judgment.

6. That the main issue in the present action is whether Plaintiff is a qualified

employee as defined by 29 U.S.C. § 2612(a)(1).

7. That in an effort to acquire credible evidence to respond to Defendant's motion, on January 23, 2008, Plaintiff issued a subpoena to the Alabama Department of Industrial Relations and Georgia Department of Labor.

8. That Plaintiff anticipates receiving responsive information to said subpoenas in the next forty-five (45) days.

9. That upon the undersigned's receipt of the same, appropriate copies will be forwarded to Attorney Tucker for potential resolution.

10. That in support of this motion, Plaintiff has attached an affidavit pursuant to Rule 56(f) F.R. Civ, Proc.

**WHEREFORE PREMISES CONSIDERED,** Plaintiff respectfully moves this Honorable Court to afford Plaintiff an opportunity to receive and review the response to her subpoenas.

          Respectfully Submitted,

          s/Dwayne L. Brown
          Dwayne Brown
          Attorney for Plaintiff

**Of Counsel:**

Law Office of Dwayne L. Brown, P.C.
Post Office Box 230205
Montgomery, AL 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: dbrown©dbrownatty.com

**Certificate of Service**

    I hereby certify that on **February** 7, **2008,** I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Jeremy Tucker, Esq.**

                                                              /s/ Dwayne L. Brown

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
ALABAMA NORTHERN DIVISION

**CANDY ROWLAND,**

    Plaintiff,                                             Case No.: 3:07cv724

vs.

**SMITH** & **SONS,
INCORPORATED,** a foreign
**corporation conducting business
in the State of Alabama,**

**Defendant.**

### AFFIDAVIT OF DWAYNE L. BROWN

**STATE OF ALABAMA**                         )

**COUNTY OF MONTGOMERY**

    **BEFORE ME,** the undersigned authority for the State at Large, personally appeared Dwayne L. Brown, who by me being first duly sworn, did and does depose and say the following:

1.

My name is Dwayne L. Brown and I am above the age of nineteen (19) years. I am otherwise competent to give this Declaration.

2.

On January 23, 2008, Plaintiff issued subpoenas to the Alabama Department of Industrial Relations and Georgia Department of Labor.

3.

Plaintiff is still awaiting the response to her subpoenas.

4.

Plaintiff disputes Defendant's position that Plaintiff is a disqualified employee as defined by 29 U.S.C. § 2612(a)(1).

5.

Plaintiff at the present time, is unable by affidavit(s) or other credible evidence to present genuine issues of material facts in opposition to Defendant's motion for summary judgment.

6.

Upon Plaintiffs receipt of the responses to her subpoenas, she will respond accordingly to Defendant's motion for summary judgment.

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT

_____
Dwayne L. grown

SWORN TO and SUBSCRIBED before me on this 7th day of February, 2008.

_411P
dit
NO, RY UBLIC
My Commission Exp.: 06/11114 ---