IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CANDY ROWLAND, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:07cv724-MHT |
| ) | |
| SMITH & SONS FOODS, ) | |
| INCORPORATED, a foreign ) | |
| corporation, etc., ) | |
| ) | |
|    Defendant. ) | |

**ORDER**

It is ORDERED as follows:

(1) The motion to continue consideration (Doc. No. 30) is granted.

(2) The motion for summary judgment (Doc. No. 28) is reset for submission, without oral argument, on March 31, 2008, with any opposing briefs and evidentiary materials due by said date.

DONE, this the 12th day of February, 2008.

                              /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE