IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANDY ROWLAND, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07-CV-724-MHT |
| ) | |
| SMITH & SONS FOODS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Candy Rowland and Defendant Smith & Sons Foods, Inc. ("S&S") and, by and through the undersigned counsel stipulate that this action should be dismissed with prejudice since the parties have reached settlement of this matter. Each party shall bear its own costs.

Respectfully submitted this 8th day of April, 2008.

_____
Forrest W. Hunter (admitted *pro hac vice*)
Georgia Bar No. 378850
Jeremy D. Tucker (TUC037)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: 404-881-7000
Fax: 404-881-7777
Forrest.hunter@alston.com

_____
Dwayne L. Brown (Bro1.49)
Law Office of Dwayne L. Brown, PC
Post Office Box 230205
Montgomery, Alabama 36123-0205
Tel: (334) 277-3757
Fax: (334) 277-3613
dbrown@dbrownatty.com

SO ORDERED this ____ day of _____, 2008.

_____
Judge, United States District Court
Middle District of Alabama

LEGAL02/30748163v1