IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CANDY ROWLAND,          )<br>                         )<br>    Plaintiff,         )<br>                         )   CIVIL ACTION NO.<br>    v.                   )       3:07cv724-MHT<br>                         )           (WO)<br>SMITH & SONS FOODS,      )<br>INCORPORATED, a foreign  )<br>corporation, etc.,       )<br>                         )<br>    Defendant.           ) | |

### JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 33), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of April, 2008.

         /s/ Myron H. Thompson    
    UNITED STATES DISTRICT JUDGE