**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 9, 2008

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Rowland v. Smith & Sons Foods, Incorporated

Case Number:   3:07-cv-00724-MHT

**This Notice of Correction was filed in the referenced case this date to attach the corrected PDF document previously attached to include the original signature for Attorney Dwayne L. Brown.**

**The corrected PDF document is attached to this notice for your review.   Reference is made to document # 33   filed on    April 07, 2008.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANDY ROWLAND, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>SMITH & SONS FOODS, INC., )<br>)<br>Defendant. )<br>_____) | CIVIL ACTION NO. 3:07-CV-724-MHT |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Candy Rowland and Defendant Smith & Sons Foods, Inc. ("S&S") and, by and through the undersigned counsel stipulate that this action should be dismissed with prejudice since the parties have reached settlement of this matter. Each party shall bear its own costs.

Respectfully submitted this 8th day of April, 2008.

_____
Forrest W. Hunter (admitted *pro hac vice*)
Georgia Bar No. 378850
Jeremy D. Tucker (TUC037)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: 404-881-7000
Fax: 404-881-7777
Forrest.hunter@alston.com

_____
Dwayne L. Brown (Bro1.49)
Law Office of Dwayne L. Brown, PC
Post Office Box 230205
Montgomery, Alabama 36123-0205
Tel: (334) 277-3757
Fax: (334) 277-3613
dbrown@dbrownatty.com

SO ORDERED this ____ day of _____, 2008.

_____
Judge, United States District Court
Middle District of Alabama

LEGAL02/30748163v1